# MARZEC LAW FIRM, P.C.

DARIUS A. MARZEC IS LICENSED TO PRACTICE LAW IN: NEW YORK
NEW JERSEY • CONNECTICUT • MASSACHUSETTS • PENNSYLVANIA
WASHINGTON, D.C. • ILLINOIS • FLORIDA • CALIFORNIA • HAWAII

**BROOKLYN OFFICE**
776A Manhattan Ave., Ste 104
Brooklyn, NY 11222
Phone: (718) 609-0303
Facsimile (718) 841-7508
dmarzec@marzeclaw.com

---

Via ECF

July 23, 2018

*ORDER*

**RECEIVED**
JUL 24 2018
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

Hon. Brian E. Arpert
United States Magistrate Judge
402 East State Street
Trenton, NJ 08608

    **RE:**    **Bar vs. All American Steel, et al.**
             **Case No.: 3:16-cv-2236**

Dear Honorable Judge Arpert:

This office represents the Plaintiff in the above-referenced matter. On May 29, 2018, your Honor issued an Order to Show Cause for Defendants Ibiza United Space LLC, Space Ibiza NY and Antonio Piacquadio, ordering them to show cause no later than June 15, 2018 why default should not be entered against them for failing to appear or otherwise defend this action. The Order was duly served by first class mail on May 29, 2018 and to date, the aforementioned Defendants have failed to appear. The certification of service was filed as ECF Document #36.

*granted*

The undersigned respectfully requests that default be entered against the Defendants Ibiza United Space LLC, Space Ibiza NY and Antonio Piacquadio and that Plaintiff be permitted to file an affidavit stating damages in support of entry of a default judgment. In the alternative, this matter should be scheduled for a hearing to determine damages.

Sincerely,

/s/ *Darius A. Marzec*

Darius A. Marzec

DM:ms
CC       Antonio Piacquadio
          637 West 50th Street
          New York, NY 10019

          Ibiza United Space LLC
          637 West 50th Street
          New York, NY 10019

          Space Ibiza NY
          637 West 50th Street
          New York, NY 10019

So Ordered—
*[signature]*
USMJ

**RECEIVED**
JUL 25 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Enclosures:   None