Darius A. Marzec, Esq.
MARZEC LAW FIRM, PC
225 Broadway, Suite 3000
New York, New York 10007
(212) 267-0200
(718) 841-7508 Fax
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDRZEJ BAR, individually and on behalf of all other persons similarly situated who were employed by ALL AMERICAN STEEL, INC., IBIZA UNITED SPACE LLC, SPACE IBIZA NY, MICHAEL GENITON, JESSICA GENITON, ANTONIO PIACQUADIO and/or any other entities Affiliated with or controlled by ALL AMERICAN STEEL, INC., <br><br> Plaintiffs, <br><br> - against – <br><br> ALL AMERICAN STEEL, INC. <br> IBIZA UNITED SPACE LLC, <br> SPACE IBIZA NY, <br> MICHAEL GENITON, <br> JESSICA GENITON, <br> ANTONIO PIACQUADIO, <br> JOHN DOES 1-5 and <br> JANE DOES 1-5, <br><br> Defendants. | Case No.: 3:16-cv-2236-BRM-DEA <br><br> CIVIL ACTION |

**CERTIFICATION OF SERVICE**

I, Darius A. Marzec, an attorney-at-law of the State of New Jersey and the U.S. District Court for the District of New Jersey, hereby certify that on September 21, 2018, I served copies of the Certification of Andrzej Bar and Proposed Judgment and Supporting Exhibits, via First Class Mail to:

Antonio Piacquadio
637 West 50th Street
New York, NY 10019

Ibiza United Space LLC
637 West 50th Street
New York, NY 10019

Eden Ballroom LLC a/k/a Space Ibiza NY
637 West 50th Street
New York, NY 10019

And via ECF

I certify that the foregoing statements by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: /s/ Darius A. Marzec
Darius A. Marzec, Esq.