# EXHIBIT B

MR. DARIUS MARZEC  
MARZEC LAW FIRM, P.C.  
776A MANHATTAN AVENUE, STE 104  
BROOKLYN, NY 11222  

SEPTEMBER 21, 2018

**PLEASE PAY $27,005.31**

**THANK YOU**

PLEASE MAIL PAYMENT TO:

ANDRZEJ BAR  
59 FURMAN AVENUE  
SAYREVILLE, NJ 08872  

MR. DARIUS MARZEC  
MARZEC LAW FIRM, P.C.  
776A MANHATTAN AVENUE, STE 104  
BROOKLYN, NY 11222  

CLIENT #3628         BAR ANDRZEJ UNPAID W

PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF $27,005.31

CLIENT #3628         BAR ANDRZEJ UNPAID W

**NJ - UNPAID WAGES**

**PROFESSIONAL SERVICES SINCE THE LAST STATEMENT**

| Date | Init | Description | HOURS | FEES |
|---|---|---|---|---|
| 03/02/16 | MJS | REVIEW FILE AND DRAFT COMPLAINT | 1.30 | $325.00 |
| 04/14/16 | MJS | CONFERENCE IN OFFICE | .30 | $75.00 |
| 04/15/16 | MJS | DRAFT COMPLAINT | 1.50 | $375.00 |
| 04/20/16 | MJS | DRAFT COMPLAINT, PREPARE SUMMONSES TO ALL DEFENDANTS, PREPARE FOR FILING AND SERVICE. | 4.00 | $1,000.00 |
| 04/20/16 | MJS | FILE ACTION WITH COURT | .50 | $125.00 |
| 04/21/16 | MJS | PREPARE SUMMONSES | .50 | $125.00 |
| 04/21/16 | MJS | SEARCH PACER FOR SUMMONSES. | .20 | $50.00 |
| 04/25/16 | BAB | MAKING COPIES OF 8 SUMMONS AND PREPARING FOR SERVING | 1.00 | $150.00 |
| 05/06/16 | MJS | NOTARIZE AND FILE AFFIDAVITS OF SERVICE | .50 | $125.00 |
| 05/17/16 | MJS | CALCULATE 21 DAYS AFTER SERVICE CALENDAR DATES | .20 | $50.00 |
| 05/24/16 | MJS | DRAFT REQUEST FOR DEFAULT | 1.00 | $250.00 |
| 05/26/16 | MJS | DRAFT MOTION FOR DEFAULT | .50 | $125.00 |
| 05/27/16 | MJS | FINALIZE REQUEST FOR DEFAULT. DISCUSSION AND REVIEW IN OFFICE. FILE WITH COURT. | 1.20 | $300.00 |
| 06/03/16 | BAB | FINALIZING CLIENT CERTIFICATION | 1.00 | $250.00 |
| 06/03/16 | BAB | DRAFTING CERTIFICATION OF CLIENT IN SUPPORT OF MOTION | 5.50 | $1,375.00 |
| 06/13/16 | BAB | PREPARING AND DRAFTING MEMORANDUM OF LAW FOR DEFAULT JUDGMENT | 3.00 | $450.00 |
| 06/14/16 | BAB | CONTINUING TO DRAFT MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT | 3.00 | $450.00 |
| 06/15/16 | BAB | DRAFTING MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT | 2.00 | $300.00 |
| 06/24/16 | MJS | DRAFT MOTION FOR DEFAULT JUDGMENT | 1.00 | $250.00 |
| 06/27/16 | MJS | DRAFT MOTION FOR DEFAULT. RESEARCH | 4.00 | $1,000.00 |
| 06/28/16 | MJS | DRAFT MOTION FOR DEFAULT JUDGMENT | 1.50 | $375.00 |
| 06/30/16 | MJS | DRAFT MOTION FOR DEFAULT. RESEARCH CASES. DISCUSSION IN OFFICE. | 1.50 | $375.00 |
| 07/01/16 | MJS | DRAFT MEMO AND PREPARE FOR REVIEW | 1.50 | $375.00 |
| 08/12/16 | BAB | CONTACTING JUDGE'S CHAMBERS REGARDING MOTION | .20 | $30.00 |
| 08/19/16 | MJS | REPRINT MOTION, DISCUSSION IN OFFICE. DRAFT AND FILE LETTER TO JUDGE. | .70 | $175.00 |
| 08/22/16 | MJS | RESEARCH FOR AND DRAFT MOTION | 4.50 | $1,125.00 |

| | | **NJ - UNPAID WAGES (CONTINUED)** | | |
|---|---|---|---|---|
| 08/23/16 | MJS | DRAFT MOTION. DISCUSSION IN OFFICE. | 4.50 | $1,125.00 |
| 08/23/16 | BAB | VERIFYING MATH FOR CALCULATION OF UNPAID WAGES | .50 | $75.00 |
| 08/23/16 | BAB | ASSISTING IN LOCATING INVOICE FOR SERVICE OF PROCESS | .20 | $30.00 |
| 08/24/16 | MJS | PREPARE MOTION FOR REVIEW. REVIEW RULES FOR MOTIONS IN COURT. | .80 | $200.00 |
| 08/25/16 | MJS | FILE MOTION. PREPARE MAILINGS. | 1.00 | $250.00 |
| 09/12/16 | MJS | QUERY PACER FOR STATUS OF CASE. | .20 | $50.00 |
| 10/13/16 | MJS | FIND RULES FOR JUDGES TO DETERMINE IF COURTESY COPIES REQUIRED. | .40 | $100.00 |
| 10/14/16 | DM | CONFERENCE WITH ADVERSARY, CALL TO CLIENT | .30 | $90.00 |
| 12/16/16 | DM | REVIEW EMAILS AND CONTACT MEDIATIOR AND COUNSEL | .30 | $90.00 |
| 12/27/16 | MJS | DRAFT MEDIATION STATEMENT | 2.00 | $500.00 |
| 01/05/17 | MJS | DRAFT MEDIATION STATEMENT AND CALCULATE NUMBERS | 2.50 | $625.00 |
| 01/09/17 | DM | CONFERENCE WITH MEDIATOR-- PHONE | .40 | $120.00 |
| 01/20/17 | MJS | REVIEWING LOCAL RULES AND COURT'S JOINT DISCOVERY ORDER FORM | .50 | $125.00 |
| 01/24/17 | MJS | DRAFTING JOINT DISCOVERY ORDER | .50 | $125.00 |
| 01/27/17 | MJS | REVIEW SETTLEMENT AGREEMENT AND FORMAT PROPERLY | .40 | $100.00 |
| 04/25/17 | MJS | REVIEW LOCAL RULES REGARDING 60-DAY DISMISSAL ORDER. DRAFT MOTION TO VACATE. | 1.50 | $375.00 |
| 04/26/17 | MJS | DRAFT MOTION TO VACATE ORDER. RESEARCH ON MOTION AND MOTION FOR SANCTIONS. | 3.00 | $750.00 |
| 04/27/17 | MJS | DISCUSSION IN OFFICE REGARDING CONFIDENTIALITY OF SETTLEMENT. MODIFY MOTION TO CONFORM WITH CONFIDENTIALITY. RESEARCH RULES ON SEALING. DRAFT MOTION TO SEAL. FILE MOTION TO VACATE. | 2.00 | $500.00 |
| 04/28/17 | MJS | CONTACT ECF HELP DESK TO ENSURE DOCUMENT FILED PROPERLY UNDER SEAL. FINALIZE AND SERVE COPIES OF MOTION. FILE SEALED DOCUMENT. DRAFT MOTION TO SEAL. | 3.00 | $750.00 |
| 05/01/17 | MJS | DRAFT, FILE AND SERVE AMENDED NOTICE OF MOTION FOLLOWING DEFENDANTS' EXECUTION OF AGREEMENT. | 3.00 | $750.00 |
| 05/02/17 | MJS | DRAFT AND PRINT MOTION TO SEAL | 1.00 | $250.00 |
| 05/11/17 | MJS | REVIEW REQUIREMENT IN AGREEMENT. DRAFT AND SEND NOTICE OF DEFAULT. | .50 | $125.00 |
| 05/25/17 | MJS | REVIEW ORDER FROM COURT. DISCUSSION IN OFFICE. PREPARE DOCUMENTS FOR MOTION. | .50 | $125.00 |
| 05/26/17 | MJS | DRAFT MOTION, FILE AND SEND | 4.00 | $1,000.00 |
| 05/31/17 | MJS | REVIEW E-MAILS FOR E-MAIL WITH NOTICE THAT OPP. COUNSEL CLAIMS HE DIDN'T RECEIVE. | .20 | $50.00 |
| 06/06/17 | MJS | CHECK DOCKET | .20 | $50.00 |
| 06/06/17 | MJS | CHECK DOCKET | .20 | $50.00 |
| 06/07/17 | MJS | DRAFT AND FILE LETTER TO JUDGE. | .30 | $75.00 |
| 08/10/17 | DM | REVIEW CORRESPONDENCE FROM COUNSEL RESPOND TO EMAIL PHONE CONFERENCE WITH PAUL RUTIGLIANO | .40 | $120.00 |
| 11/21/17 | MJS | DRAFT LETTER TO JUDGE | .20 | $50.00 |
| 12/13/17 | MJS | REVISE LETTER TO JUDGE | .20 | $50.00 |
| 12/28/17 | MJS | PRINT ORDER. DISCUSSION IN OFFICE. | .50 | $125.00 |
| 12/28/17 | RJ | SCAN AND SEND OUT LETTER TO COURT REQUESTING EXEMPLIFIED COPIES OF JUDGMENT | .20 | $55.00 |
| 12/28/17 | RJ | DRAFT LETTER TO PARTIES ADVISING OF JUDGMENT ENTERED | .30 | $82.50 |
| 12/28/17 | RJ | CALL COURTHOUSE ON REQUESTING EXEMPLIFIED COPIES OF JUDGMENT | .20 | $55.00 |
| 12/28/17 | RJ | DRAFT POST JUDGMENT DISCOVERY DEMANDS; REVIEW FILES AS NECESSARY, DRAFT REQUEST FOR PRODUCTION OF DOCUMENT | 1.50 | $412.50 |
| 12/28/17 | RJ | DRAFT LETTER TO COURT REQUESTING EXEMPLIFIED COPIES | .30 | $82.50 |

| | | NJ - UNPAID WAGES (CONTINUED) | | |
|---|---|---|---|---|
| 12/28/17 | RJ | CALL COURT REGARDING OBTAINING EXEMPLIFIED COPIES OF JUDGMENT | .10 | $27.50 |
| 12/29/17 | RJ | REVIEWING PROCEDURE FOR FILING MOTION FOR TRO AND FILING A WRIT OF EXECUTION WITH THE MARSHALS OFFICE | .80 | $220.00 |
| 12/29/17 | RJ | DRAFT DISCOVERY DEMANDS; REQUEST FOR DOCUMENTS AND INTERROGATORIES | 1.20 | $330.00 |
| 01/02/18 | RJ | RESEARCHING PROCESS FOR OBTAINING TRO IN NEW JERSEY, FINDING TEMPLATE, AND DRAFT OSC | 1.90 | $522.50 |
| 01/03/18 | RJ | PHONE CALL WITH MARSHALLS OFFICE REGARDING WRIT OF EXECUTION IN NEW YORK | .20 | $55.00 |
| 01/03/18 | RJ | RESEARCHING PROCESS OF FILING AND SERVING WRIT OF EXECUTION, FINDING TEMPLATES, DRAFTING WRIT OF EXECUTION ALONG WITH AFFIDAVIT, DRAFTING USM-285 FORM | 1.00 | $275.00 |
| 01/03/18 | RJ | DRAFTING WRIT OF EXECUTIONS AND ACCOMPANYING DOCUMENTS | 2.70 | $742.50 |
| 01/04/18 | RJ | RESEARCHING TEMPLATES AND FORMAT AND DRAFTING POST JUDGMENT NOTICE TO PRODUCE, INTERROGATORIES, AND NOTICE OF DEPOSITION, CONFERENCING WITH DM AS NECESSARY | 1.90 | $522.50 |
| 01/05/18 | RJ | DRAFTING DISCOVERY DEMANDS | 2.00 | $550.00 |
| 01/11/18 | RJ | RESEARCHING TEMPLATES FOR DISCOVERY DEMANDS, REVISING DISCOVERY DEMANDS | 2.00 | $550.00 |
| 01/12/18 | RJ | DRAFTING BAR DISCOVERY DEMANDS FOR CORPORATE DEFENDANT | .50 | $137.50 |
| 01/17/18 | RJ | DRAFTING DISCOVERY DEMANDS | .50 | $137.50 |
| 01/18/18 | RJ | DRAFTING DISCOVERY DEMANDS | 2.00 | $550.00 |
| 01/29/18 | RJ | RESEARCHING PROCESS FOR FILING FOREIGN JUDGMENT | .30 | $82.50 |
| 01/30/18 | RJ | DRAFTING AFFIDAVIT OF FOREIGN JUDGENT, AFFIDAVIT OF SERVICE, AND LETTER NOTICE TO JUDGMENT DEBTORS | 1.20 | $330.00 |
| 02/06/18 | RJ | REVISING AFFIDAVIT OF FOREIGN JUDGMENT, MAILING OUT AND DRAFTING COVER LETTER | .30 | $82.50 |
| 02/27/18 | RJ | DRAFTING APPLICATION TO PURCHASE INDEX NUMBER, CALLING COURT REGARDING FILING OF FOREIGN JUDGMENT | .90 | $247.50 |
| 03/08/18 | RJ | DRAFTING WRIT OF EXECUTION | .30 | $82.50 |
| 04/04/18 | RJ | DRAFTING BLUEBACK, PREPARING DOCUMENTS FOR FILING OF FOREIGN JUDGMENT | .30 | $82.50 |
| 04/04/18 | RJ | PREPARING DOCS FOR FILING OF FOREIGN JUDGMENT | .30 | $82.50 |
| 04/05/18 | MJS | CLERK'S OFFICE TO FILE FOREIGN JUDGMENT. | .50 | $125.00 |
| 04/05/18 | RJ | DRAFTING AND REVISING AFFIRMATION, AND E-FILING JUDGMENT | .40 | $110.00 |
| 04/10/18 | RJ | CALLING COURT REGARDING FILING. DRAFTING NOTICE TO JUDGMENT DEBTOR | .20 | $55.00 |
| 04/11/18 | RJ | CALLING E-COURTS HELP DESK RE JUDGMENT, REVISING AFFIRMATION AND REFILING | .30 | $82.50 |
| 04/12/18 | RJ | DRAFTNG NOTICE OF ENTRY, AFFIRMATION OF SERVICE, AND PREPARING MAILING | .40 | $110.00 |
| 04/13/18 | RJ | DRAFTING COVER LETTER AND LITIGATION BACK FOR NOTICE OF ENTRY | .40 | $110.00 |
| 04/13/18 | RJ | REVISING NOTICE OF ENTRY AND AFFIRMATION OF SERVICE AND COVER LETTER | .20 | $55.00 |
| 04/19/18 | RJ | REVISING NOTICE OF ENTRY | .10 | $27.50 |
| 04/19/18 | RJ | REVISING AND PREPARING DOCUMENTS FOR NOTICE OF ENTRY SERVICE AND FILING | .20 | $55.00 |
| 04/20/18 | RJ | REVISING NOTICE OF ENTRY, AFFIRMATION OF SERVICE, COVER LETTER, AND LITIGATION BACK | .20 | $55.00 |
| 05/15/18 | DM | CONFERENCE WITH ATTORNEY FOR REMAINING DEFENDANTS. | .30 | $90.00 |

| NJ - UNPAID WAGES (CONTINUED) | | | | | |
|---|---|---|---|---|---|
| 05/21/18 | MJS | DRAFT AND FILE CERTIFICATION OF SERVICE OF NOTICE LETTER TO PARTIES | | .30 | $75.00 |
| 05/22/18 | MJS | PREPARE FOR AND TELEPHONE CONFERENCE WITH COURT | | .50 | $125.00 |
| 05/31/18 | RJ | REVISING POST JUDGMENT DISCOVERY DEMANDS | | .60 | $165.00 |
| 06/01/18 | RJ | PREPARING POST-JUDGMENT DISCOVERY DEMANDS FOR MAILIN | | .10 | $27.50 |
| 06/01/18 | RJ | PREPARING CERTIFIED MAILING OF DISCOVERY DEMANDS AND SENDING IT OUT AT POST OFFICE | | .50 | $137.50 |
| 06/01/18 | MJS | PREPARE SERVICE OF ORDER TO SHOW CAUSE. | | .50 | $125.00 |
| 07/23/18 | MJS | REVIEW DOCKET | | .20 | $50.00 |
| 07/24/18 | MJS | DRAFT LETTER TO MAGISTRATE AND FILE | | .40 | $100.00 |
| 08/21/18 | MJS | RECEIVE CALL FROM COURT | | .20 | $50.00 |
| | | | TOTAL: | 106.70 | $26,432.50 |

### SUMMARY OF HOURS, RATES AND FEES

| | | | | |
|---|---|---|---|---|
| DM | DARIUS MARZEC, ESQ. | 1.70 | $300.00 / HOUR = | $510.00 |
| MJS | MJS | 62.10 | $250.00 / HOUR = | $15,525.00 |
| BAB | BAB | 9.90 | $150.00 / HOUR = | $1,485.00 |
| BAB | BAB | 6.50 | $250.00 / HOUR = | $1,625.00 |
| RJ | RJ | 26.50 | $275.00 / HOUR = | $7,287.50 |

### COSTS ADVANCED SINCE THE LAST STATEMENT

| | | COSTS |
|---|---|---|
| 04/20/16 | FILING FEE | $400.00 |
| 09/27/16 | COURIER SERVICES - FIRST CLASS MAIL | $2.00 |
| 04/28/17 | COURIER SERVICES - FIRST CLASS MAIL | $12.00 |
| 04/28/17 | PHOTOCOPY CHARGES - 120 COPIES X .15 | $18.00 |
| 05/01/17 | COURIER SERVICES - FIRST CLASS MAIL | $12.00 |
| 05/01/17 | PHOTOCOPY CHARGES - 120 COPIES X .15 | $18.00 |
| 05/02/17 | PHOTOCOPY CHARGES - 35 COPIES X .15 | $5.25 |
| 05/26/17 | PHOTOCOPY CHARGES - 270 COPIES X .15 | $40.50 |
| 05/26/17 | COURIER SERVICES - FIRST CLASS MAIL | $28.00 |
| 04/05/18 | COST: FILING FEE OF FOREIGN JUDGMENT | $0.00 |
| 04/23/18 | COST: CERTIFIED MAIL OF NOTICE OF ENTRY WITH FOREIGN JUDGMENT | $20.73 |
| 05/29/18 | COURIER SERVICES - FIRST CLASS MAIL | $3.00 |
| 06/01/18 | CERTIFIED MAIL OF POST JUDGMENT DISCOVERY DEMANDS FOR JESSICA GENITON | $7.33 |
| | TOTAL: | $566.81 |

### STATEMENT SUMMARY

| | |
|---|---|
| BALANCE FROM THE LAST STATEMENT: | $6.00 |
| PLUS CHARGES LISTED ABOVE: | $26,999.31 |
| **PLEASE PAY THE TOTAL BALANCE DUE:** | **$27,005.31** |

*MARZEC LAW FIRM, P.C.*   (212) 267-0200